UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In the matter of:**

WILLIAM C HARRIS  Case No. 10-56321-SWR
PAMELA M. HARRIS  Honorable STEVEN W RHODES
  Chapter 7
  Debtor(s)
_____/

# NOTICE OF INTENT TO FILE FINAL REPORT

**TO THE CLERK OF THE COURT:**

This is to inform the Court that the final report and account for this estate will be filed approximately ninety (90) days from the date of this notice.

Dated: July 24, 2013

/s/ Michael A. Stevenson (P37638)
Chapter 7 Trustee
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-7906
mstevenson@sbplclaw.com